AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina
Western Division



| United States of America | ) |
|---|---|
| v. | ) Case No. 5:17-CR-387-1BR(1) |
| LARRY DEVON SCOTT | ) |
| | ) 2:24 mj 137 |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   LARRY DEVON SCOTT
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Count 1 - 18 U.S.C. §§ 922(g)(1) and 924: Possession of a firearm and ammunition by a convicted felon

Date: 12/06/2017

City and state: Raleigh, NC

Peter A. Moore, Jr., Clerk of Court
*Printed name and title*

*Signature of Issuing Officer or Deputy Clerk*

---

### Return

This warrant was received on *(date)* 12/8/2017, and the person was arrested on *(date)* 8/23/24
at *(city and state)* Norfolk, VA

Date: 8/23/24

FILED
AUG 23 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*Arresting officer's signature*

DUSM Jeffrey Ingrum
*Printed name and title*

FILED IN OPEN COURT
ON 12-6-17 BRH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-387-1BR(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| LARRY DEVON SCOTT | ) | |

The Grand Jury Charges that:

On or about May 22, 2017, in the Eastern District of North Carolina, LARRY DEVON SCOTT, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm and ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## FORFEITURE NOTICE

The Defendant is given notice of the provisions of Title 18, United States Code, Sections 924(d)(1), as made applicable to these proceedings by virtue of Title 28, United States Code, Section 2461(c), that all the Defendant's interest in the firearm specified herein are subject to forfeiture.

As a result of the foregoing offenses in the Indictment, the Defendant shall forfeit to the United States all firearms and ammunition involved and used in the knowing violation of the offenses.

The forfeitable property includes, but is not limited to:

(1) Taurus, Model PT 709, 9mm handgun, serial number TFR99352, and ammunition.

A TRUE BILL
REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 12/6/17

ROBERT J. HIGDON, JR.
United States Attorney

BY: JOHN H. BENNETT
Assistant United States Attorney
Criminal Division

2

I certify the foregoing to be a true and correct copy of the original.
Peter A. Moore, Jr., Clerk
United States District Court
Eastern District of North Carolina

By: _____ Deputy Clerk